UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RUSSELL DEAN HARRIS,

                Plaintiff,

   v.

LAW SCHOOL ADMISSION COUNSEL, et al.,,

                Defendant.

CASE NO. C17-1261-RSM

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 21st day of August, 2017.

_____

BRIAN A. TSUCHIDA
United States Magistrate Judge